UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :    NOTICE OF INTENT
            v.                      :    TO FILE AN INFORMATION
                                    :
MOHAMMED ANWAR,                     :    06 Mag. 1775
                                    :    07 Cr. __
            Defendant.              :
                                    :
------------------------------------x

**ORIGINAL**

**07 CRIM. 411**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 5, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                            By:     _____
                                    David A. O'Neil
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                            By:     _____
                                    Matthew Kluger, Esq.
                                    Attorney for Mohammed Anwar

JUDGE KRAM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/07

4/6/07 WHEEL A