JUDGE KRAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

MOHAMMED ANWAR,

     Defendant.

- - - - - - - - - - - - - - - - - x

**07 CRM. 411**

**WAIVER OF INDICTMENT**

07 Cr. ___

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1028, 1028A, 1029, 1343, 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                              _Mohd. Shtmnl._
                              MOHAMMED ANWAR

                              Matthew Kluger, Esq.
                              Attorney for MOHAMMED ANWAR

            Witness:

Date:    New York, New York
          ~~April 13~~, 2007
          May 11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2007