UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    **ORDER**

       -against-                                    07 **CR.** 411 (RMB)

MOHAMMED ANWAR,

                                Defendant.
------------------------------------------------------------X

       WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 11, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

       IT IS HEREBY ORDERED that MOHAMMED ANWAR's guilty plea is accepted.

       IT IS HEREBY FURTHER ORDERED that a conference is scheduled with all parties on June 21, 2007 at 10:30 a.m..

Dated: New York, New York
       June 13, 2007

                                                 */s/ Richard M. Berman*
                                            **RICHARD M. BERMAN, U.S.D.J.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 13, 2007
```