**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              **ORDER**

           -against-                      07 **CR.** 411 (RMB)

MOHAMMAD ANWAR,

           Defendant.
------------------------------------------------------------X

      For the reasons stated on the record today, the Defendant is sentenced to a period of time served. See Transcript of proceedings held on June 25, 2008 and the Judgment and Commitment Order dated June 25, 2008.


Dated: New York, New York
        June 25, 2008

                                      _/s/ RMB_
                             **RICHARD M. BERMAN, U.S.D.J.**